| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Norton, David C | 2. Court or Organization U.S. District Court | 3. Date of Report 08/06/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Court Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address P.O. Box 835 Charleston, SC 29402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust (Trust #1) |
| 2. Trustee | Article 5 Trust |
| 3. Trustee | Article 6 Trust |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 AUG 18 P 12: 13 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 08/06/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Charleston School of Law | $ 24,780 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Professor of Pathology at Medical University of South Carolina - Salary |
| 2. 2007 | Self-employed Forensic Consultant |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 05/05/07-05/07/07 | Washington DC | Activity of prof. assoc. | Expenses for travel, lodging & food. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 08/06/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. AES Corp | | None | J | T | | | | | |
| 2. AFLAC Inc | | None | L | T | | | | | |
| 3. Agere Sys Inc | | None | | | merger | 04/07 | J | | |
| 4. Alcatel-Lucent ADR | A | Dividend | J | T | | | | | |
| 5. Alcoa Inc | A | Dividend | J | T | | | | | |
| 6. Allianz Life Franklin Valuemark | A | Dividend | L | T | | | | | |
| 7. Altria Group | A | Dividend | J | T | | | | | |
| 8. American Express Co | A | Dividend | J | T | | | | | |
| 9. American Intl Group Inc | A | Dividend | K | T | | | | | |
| 10. American Intl Group Inc | A | Dividend | J | T | | | | | |
| 11. Ameriprise Financial Inc | A | Dividend | J | T | | | | | |
| 12. Amgen Inc | | None | J | T | | | | | |
| 13. AT&T Inc | A | Dividend | J | T | | | | | |
| 14. AT&T Inc | A | Dividend | J | T | | | | | |
| 15. AT&T Inc | A | Dividend | K | T | | | | | |
| 16. Avaya | | None | | | sell | 10/26 | J | A | |
| 17. Bank of America | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Norton, David C | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of America | A | Dividend | J | T | | | | | |
| 19. Bank of New York Mellon Corp | A | Dividend | J | T | | | | | |
| 20. Berkshire Hathaway Inc Cl B | | None | J | T | | | | | |
| 21. BP PLC Spons ADR | B | Dividend | L | T | | | | | |
| 22. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 23. Capital World Growth and Income Fd CL A | B | Dividend | K | T | buy | 08/21 | K | | |
| 24. Capital World Growth and Income Fd CL A | B | Dividend | K | T | buy | 08/21 | K | | |
| 25. Capital World Growth and Income Fd CL A | B | Dividend | K | T | buy | 08/21 | K | | |
| 26. Chevron Corp | B | Dividend | K | T | | | | | |
| 27. Chevron Corp | A | Dividend | K | T | | | | | |
| 28. Chevron Corp | A | Dividend | K | T | | | | | |
| 29. Cisco Sys Inc | | None | J | T | | | | | |
| 30. Citadel Broadcasting Corp | | None | J | T | spinoff | | | | |
| 31. Citadel Broadcasting Corp | | None | J | T | spinoff | | | | |
| 32. Citibank Deposit Program | A | Interest | J | T | | | | | |
| 33. Citibank Deposit Program | A | Interest | K | T | | | | | |
| 34. Citibank Deposit Program | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Citigroup Inc | D | Dividend | L | T | | | | | |
| 36. Coca-Cola Co | A | Dividend | J | T | | | | | |
| 37. Comcast Corp | | None | J | T | partial sale | 03/05 | J | A | |
| 38. Comcast Corp | | None | J | T | | | | | |
| 39. CSX Corp | A | Dividend | K | T | | | | | |
| 40. Dell Inc | | None | J | T | | | | | |
| 41. Walt Disney Co | A | Dividend | J | T | | | | | |
| 42. Walt Disney Co | A | Dividend | J | T | | | | | |
| 43. Walt Disney Co | A | Dividend | J | T | | | | | |
| 44. Dover | A | Dividend | J | T | | | | | |
| 45. Dow Chemical | A | Dividend | J | T | | | | | |
| 46. Dow Chemical | A | Dividend | J | T | | | | | |
| 47. E I Dopont Co | A | Dividend | J | T | | | | | |
| 48. Eaton Vance Tax Free Fund CL A | A | Dividend | M | T | | | | | |
| 49. Eaton Vance Tax Free Fund CL B | A | Dividend | L | T | | | | | |
| 50. Electronic Data Systems Corp New | A | Dividend | J | T | | | | | |
| 51. Eli Lilly & Co | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Eli Lilly & Co | A | Dividend | J | T | | | | | |
| 53. Emerson Electric | A | Dividend | K | T | | | | | |
| 54. Expedia Inc | | None | J | T | | | | | |
| 55. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 56. Exxon Mobil Corp | A | Dividend | L | T | | | | | |
| 57. Federal Home Ln Mtg Corp | A | Dividend | J | T | | | | | |
| 58. Federal National Mortgage Assn | A | Dividend | J | T | | | | | |
| 59. First Federal of Charleston | C | Interest | O | T | | | | | |
| 60. First Financial Holdings Inc | D | Dividend | N | T | | | | | |
| 61. First Financial Holdings Inc | C | Dividend | L | T | | | | | |
| 62. Genetech Inc | | None | K | T | | | | | |
| 63. General Electric Co | B | Dividend | L | T | | | | | |
| 64. General Electric Co | A | Dividend | K | T | | | | | |
| 65. General Electric Co | C | Dividend | L | T | | | | | |
| 66. General Motors Corp | A | Dividend | J | T | | | | | |
| 67. Goldman Sachs Group Inc | A | Dividend | J | T | | | | | |
| 68. Growth Fund of America CL A | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Growth Fund of America CL A | B | Dividend | K | T | | | | | |
| 70. Hartford Financial Services Grp | A | Dividend | J | T | | | | | |
| 71. Hartford Capital Appreciation Fund (IRA) | A | Dividend | M | T | | | | | |
| 72. Hewlett Packard Co | A | Dividend | J | T | | | | | |
| 73. Home Depot Inc | A | Dividend | J | T | | | | | |
| 74. Honeywell Intl Inc | A | Dividend | J | T | | | | | |
| 75. IBM | A | Dividend | L | T | | | | | |
| 76. Idearc Inc | A | Dividend | J | T | | | | | |
| 77. Idearc Inc | A | Dividend | J | T | | | | | |
| 78. Intel (IRA) | A | Dividend | K | T | | | | | |
| 79. Intel | A | Dividend | J | T | | | | | |
| 80. IAC Interactive Corp | | None | J | T | | | | | |
| 81. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 82. Kimberly Clark | A | Dividend | J | T | | | | | |
| 83. Kraft Foods Inc CL A | A | Dividend | J | T | spinoff | | | | |
| 84. Legg Mason Partners Aggressive Growth FD CL C | | None | J | T | | | | | |
| 85. Legg Mason Value Trust Inc | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Lincoln National Corp | A | Dividend | J | T | | | | | |
| 87. Linciln National Life Annuity (IRA) | A | Dividend | N | T | | | | | |
| 88. LSI Logic Corp | | None | J | T | spinoff | | | | |
| 89. MFS South Carolina Muni Bond CL A | B | Interest | K | T | | | | | |
| 90. MFS South Carolina Muni Bond CL B | B | Interest | K | T | | | | | |
| 91. Mass Mutual Life Ins | | None | J | T | | | | | |
| 92. McDonalds Corp | A | Dividend | J | T | | | | | |
| 93. Merrill Lynch & Co Inc | A | Dividend | J | T | | | | | |
| 94. Metlife Ins Co of Connecticut Vintage | A | Dividend | M | T | | | | | |
| 95. Metlife Life & Ann Co of Conn TLAC Port Arch | A | Dividend | M | T | | | | | |
| 96. Metlife Life & Ann Co of Conn TLAC Marquis Portfolio | A | Dividend | N | T | | | | | |
| 97. Microsoft Corp | A | Dividend | J | T | | | | | |
| 98. JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 99. Motorola | A | Dividend | J | T | | | | | |
| 100. 3M Company A | A | Dividend | K | T | | | | | |
| 101. NCR Corp New | | None | J | T | | | | | |
| 102. Neenah Paper Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Nokia Corp | A | Dividend | J | T | | | | | |
| 104. Norfolok Southern | B | Dividend | L | T | | | | | |
| 105. North Carolina Rental Property 100% | C | Rent | O | Q | buy | 05/04 | O | | |
| 106. Paragon Life Fixed Fund | | None | J | T | | | | | |
| 107. Pepsico Inc | A | Dividend | J | T | | | | | |
| 108. Pfizer Inc | A | Dividend | J | T | | | | | |
| 109. Pfizer Inc | A | Dividend | J | T | | | | | |
| 110. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 111. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 112. Progress Energy | A | Dividend | J | T | | | | | |
| 113. Putnam Tax Smart FDS Equity FD Cl B | A | Dividend | M | T | | | | | |
| 114. Safeway Inc New | A | Dividend | J | T | | | | | |
| 115. SCANA Corp | B | Dividend | K | T | | | | | |
| 116. SCBT | A | Dividend | K | T | | | | | |
| 117. Scherling Plough Corp | A | Dividend | J | T | | | | | |
| 118. Smucker Co New | A | Dividend | J | T | | | | | |
| 119. South Carolina State Deferred Comp Plan | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. South Carolina State Retirement Plan | B | Dividend | M | T | | | | | |
| 121. Solectron Corp | | None | | | sell | 10/11 | J | A | |
| 122. St Paul Companies Inc | | | | | merger | | | | |
| 123. South Carolina St Ser MB UT | A | Interest | J | T | | | | | |
| 124. South Financial Group (IRA) | C | Dividend | L | T | | | | | |
| 125. Spectrex (IRA) | | None | J | T | | | | | |
| 126. Suntrust Banks Inc | D | Dividend | M | T | | | | | |
| 127. Synovus Financial Corp | A | Dividend | K | T | | | | | |
| 128. Teradata Corp | | None | J | T | spinoff | | | | |
| 129. Texas Instruments Inc | A | Dividend | J | T | | | | | |
| 130. Time Warner Inc | A | Dividend | J | T | | | | | |
| 131. Travelers Companies Inc | A | Dividend | J | T | merger | | | | |
| 132. Trust #1 - Lain Farm | | | P1 | Q | partial sale | 01/03 | M | G | |
| 133. UTS Strategic Ten Dow 07-D Portfolio(IRA) | A | Dividend | K | T | | | | | |
| 134. UTS Strategic Ten Dow 07-A Portfolio (IRA) | C | Dividend | M | T | | | | | |
| 135. Verizon | A | Dividend | J | T | | | | | |
| 136. Verizon | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 08/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Wachovia | C | Dividend | L | T | | | | | |
| 138. Wachovia (IRA) | C | Dividend | L | T | | | | | |
| 139. Washington Mutual Inc | A | Dividend | J | T | | | | | |
| 140. Washington Mutual Investors Fund Cl A | C | Dividend | L | T | | | | | |
| 141. Washington Mutual Investors Fund Cl A | A | Dividend | J | T | | | | | |
| 142. Washington Mutual Investors | A | Dividend | J | T | | | | | |
| 143. Wells Fargo & Co New | A | Dividend | J | T | | | | | |
| 144. Wyeth | A | Dividend | J | T | | | | | |
| 145. Wyeth | A | Dividend | J | T | | | | | |
| 146. Zimmer Holdings Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

TRUST #1

Trust A
12/31/03

Hilliard
Lyons
Account

Cash                    Value  J

Stocks

⬛ Eli Lilly & Co.      Value  K
⬛ Pfizer Inc.          value  K

Crops

Heartlan
d Bank

Checking ⟍
Money        ⟩  value  M
Market    ⟋

Land

⬛ Lain Farm    ⟍
⬛ Ragsdale      ⟩  Value  P2
   Farm
⬛ Tipton Farm ⟋

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Explanations for Part VII. Investments and Trusts

1. Line #19 Bank of New York Mellon Corp changed from Bank of New York.

2. Line #30-#31 Citadel Broadcasting Corp was a spinoff Walt Disney Co.

3. Line #48 Eaton Vance Tax Free Fund CL A previously known as Eaton Vance Tax Free Fund.

4. Line #49 Eaton Vance Tax Free Fund CL B erroneously omitted from 2006 report.

5. Line #77 Idearc Inc erroneously omitted from 2006 report.

6. Line #83 Kraft Foods Inc CL A formed from spinoff.

7. Line #88 LSI Logic Corp formed from merger with Agere Sys Inc.

8. Line #90 MFS South Carolina Muni Bond CL B erroneously omitted from 2006 report.

9. Line #105 North Carolina Rental Property other 1/3 purchased now ownership 100%.

10. Line #128 Teradata Corp formed from spinoff from NCR Corp New.

11. Line #131 Travelers Companies Inc formed through merger with St. Paul Companies Inc.

12. Line #132 Trust #1 Lain Farm parial sale of ▮▮▮▮▮

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 08/06/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and th  compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judi

Signatu

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY                              L
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544